UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEVIN ANDRE JORDAN,

Plaintiff,

Case No. 2:26-cv-2744-KCD-KRH

v.

JON P. CARNER, JARAD ANDERSON, J. MOORE, WALTER WILLIAMS, ERIC VILLAFUERTE, JOHN DOE, JOHN DOE BROWN, ROBERT VELEZ,

Defendants.
_______________________________/

**ORDER**

Plaintiff Kevin Andre Jordan has filed a complaint (Doc. 1) but did not pay the filing fee.

Under 18 U.S.C. § 1914, "[t]he clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350." "To commence a civil lawsuit in federal district court, the general rule is that initiating parties must prepay a filing fee." *Rivera v. Allin*, 144 F.3d 719, 722 (11th Cir. 1998). Further, the Clerk of Court is permitted to collect from the parties "such additional fees only as are prescribed by the Judicial Conference of the United States." 28 U.S.C. § 1914(b). Under these rules, Plaintiff is required to pay a filing fee of $405.

Alternatively, if Plaintiff is unable to pay the filing fee, he may request leave to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1). Section 1915 provides that "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1).

The case cannot continue without payment of the filing fee or an affidavit establishing that Plaintiff is indigent. The necessary forms may be obtained from the Court's website or the Clerk's Office.

Accordingly, it is **ORDERED**:

Plaintiff must pay the $405 filing fee or move to proceed in forma pauperis with supporting affidavits by **November 5, 2026**. **Failing to exercise one of these options will result in this case being dismissed without further notice.**

**ENTERED** in Fort Myers, Florida on October 6, 2026.

Kyle C. Dudek
United States District Judge